AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2021

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorsuch, Neil M. | Supreme Court of the United States | 05/16/2022 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice of the Supreme Court of the United States | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2021<br>**to**<br>12/31/2021 |

**7. Chambers or Office Address**

Supreme Court of the United States
One First Street, NE
Washington, DC 20543

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | George Mason University |
| 2. | Member, Board of Trustees | Colonial Williamsburg Foundation |
| 3. | Honorary Chairman | National Constitution Center |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/16/2022 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2021 | Princeton University Press - royalty income | $308.44 |
| 2. 2021 | HarperCollins, LLC - royalty income | $250,000.00 |
| 3. 2021 | George Mason University - teaching | $26,541.74 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Colonial Williamsburg Foundation | April 23-25, 2021 | Williamsburg, VA | Board meeting | Meals and hotel |
| 2. | George Mason University National Security Institute | July 16-30, 2021 | Reykjavik, Iceland | Educational program | Transportation, meals, and hotel |
| 3. | ACTL Tenth Circuit Conference | August 26-27, 2021 | Avon, CO | Speech and educational program | Transportation, meals, and hotel |
| 4. | Colonial Williamsburg Foundation | November 19-21, 2021 | Williamsburg, VA | Board meeting | Meals and hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorsuch, Neil M.** | 05/16/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Allen's Boots, on behalf of the Texas Supreme Court Historical Society's Hemphill Dinner | Cowboy boots | $699.99 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/16/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Brokerage Acct #1 (H) | | | | | | | | | |
| 2. - USAA 500 Index Member Shares | F | Dividend | P1 | T | | | | | |
| 3. - Ishares Core S&P 500 ETF | A | Dividend | K | T | | | | | |
| 4. - Schwab US Small Cap ETF | D | Dividend | O | T | | | | | |
| 5. - SPDR Portfolio DVLPD Wrld Ex-US ETF | E | Dividend | O | T | | | | | |
| 6. - Charles Schwab bank account | A | Interest | M | T | | | | | |
| 7. 529 Plans - VA Educ Savings Trust (Age Based) | | None | N | T | Sold (part) | 01/27/21 | J | C | |
| 8. | | | | | Sold (part) | 08/04/21 | K | E | |
| 9. | | | | | Sold (part) | 09/22/21 | K | E | |
| 10. 529 Plans - College Invest Savings Plan (Age Based) | | None | L | T | | | | | |
| 11. Senate Credit Union account | A | Interest | K | T | | | | | |
| 12. IRA Acct #1 (H) | | | | | | | | | |
| 13. - Ishares Core S&P 500 ETF | C | Dividend | M | T | Sold (part) | 06/07/21 | J | C | |
| 14. | | | | | Sold (part) | 06/09/21 | J | A | |
| 15. - Ishares Core S&P Mid-Cap ETF | A | Dividend | K | T | Sold (part) | 04/19/21 | J | B | |
| 16. - Ishares Core S&P US Value ETF | A | Dividend | | | Sold (part) | 06/09/21 | J | B | |
| 17. | | | | | Sold (part) | 07/08/21 | L | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorsuch, Neil M.** | 05/16/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 07/09/21 | J | A | |
| 19. - Ishares Core S&P Small-Cap ETF | A | Dividend | K | T | Sold (part) | 04/19/21 | J | A | |
| 20. | | | | | Sold (part) | 06/09/21 | J | A | |
| 21. - Ishares TR JP Mor Em Mk ETF | A | Dividend | J | T | Buy (add'l) | 06/09/21 | J | | |
| 22. | | | | | Sold (part) | 10/06/21 | J | A | |
| 23. - Ishares Trust Core MSCI EAFE ETF | D | Dividend | M | T | Sold (part) | 04/19/21 | J | A | |
| 24. | | | | | Sold (part) | 06/09/21 | J | A | |
| 25. - Ishares Inc Core MSCI Emerging Mkts ETF | B | Dividend | K | T | Sold (part) | 03/25/21 | J | A | |
| 26. | | | | | Sold (part) | 06/09/21 | J | A | |
| 27. | | | | | Buy (add'l) | 10/07/21 | J | | |
| 28. - Ishares Core U.S. Aggregate Bond ETF | B | Dividend | M | T | Buy (add'l) | 04/19/21 | J | | |
| 29. | | | | | Buy (add'l) | 05/10/21 | K | | |
| 30. | | | | | Buy (add'l) | 06/09/21 | J | | |
| 31. | | | | | Buy (add'l) | 08/26/21 | K | | |
| 32. | | | | | Buy (add'l) | 10/06/21 | J | | |
| 33. - SPDR Portfolio Intermediate Term Corporate Bond ETF | B | Dividend | M | T | Sold (part) | 03/05/21 | J | A | |
| 34. | | | | | Sold (part) | 05/10/21 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorsuch, Neil M.** | 05/16/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/09/21 | J | | |
| 36. | | | | | Sold (part) | 08/26/21 | L | D | |
| 37.    - Vaneck Vectors ETF Fallen Angel High Yield Bond ETF | A | Dividend | K | T | Buy (add'l) | 06/09/21 | J | | |
| 38.    - Schwab Govt Money Market Fund | A | Dividend | K | T | Sold (part) | 01/04/21 | J | | |
| 39. | | | | | Sold (part) | 03/09/21 | J | | |
| 40. | | | | | Buy (add'l) | 04/22/21 | J | | |
| 41. | | | | | Sold (part) | 05/12/21 | J | | |
| 42. | | | | | Buy (add'l) | 06/10/21 | J | | |
| 43. | | | | | Buy (add'l) | 06/17/21 | J | | |
| 44. | | | | | Sold (part) | 07/01/21 | J | | |
| 45. | | | | | Sold (part) | 07/12/21 | J | | |
| 46. | | | | | Buy (add'l) | 08/31/21 | J | | |
| 47. | | | | | Sold (part) | 10/12/21 | J | | |
| 48. | | | | | Buy (add'l) | 12/20/21 | J | | |
| 49.    - Ishares Core 1 5 Year USD Bond ETF | A | Dividend | K | T | Sold | 01/04/21 | J | | |
| 50. | | | | | Buy | 08/26/21 | K | | |
| 51.    - Schwab US TIPS ETF | B | Dividend | J | T | Buy (add'l) | 06/09/21 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/16/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/26/21 | J | A | |
| 53.    - Vanguard Real Estate ETF IV | A | Dividend | K | T | Sold (part) | 06/09/21 | J | A | |
| 54.    - Vanguard Total World Stock ETF | B | Dividend | K | T | Buy | 01/04/21 | J | | |
| 55. | | | | | Sold (part) | 08/26/21 | J | B | |
| 56. | | | | | Buy (add'l) | 03/25/21 | J | | |
| 57. | | | | | Sold (part) | 06/09/21 | J | A | |
| 58.    - Vanguard Dividend Appreciation ETF | B | Dividend | L | T | Buy | 07/08/21 | L | | |
| 59.    IRA Acct #2 (H) | | | | | | | | | |
| 60.    - Ishares Core S&P 500 ETF | A | Dividend | K | T | Sold (part) | 06/09/21 | J | A | |
| 61.    - Ishares Core S&P Mid-Cap ETF | A | Dividend | J | T | Sold (part) | 04/19/21 | J | A | |
| 62.    - Ishares Core S&P US Value ETF | A | Dividend | | | Sold (part) | 06/09/21 | J | A | |
| 63. | | | | | Sold (part) | 07/08/21 | J | B | |
| 64. | | | | | Sold | 07/09/21 | J | A | |
| 65.    - Ishares Core S&P Small-Cap ETF | A | Dividend | J | T | | | | | |
| 66.    - Ishares TR JP Mor Em Mk ETF | A | Dividend | J | T | Buy (add'l) | 06/09/21 | J | | |
| 67. | | | | | Sold (part) | 10/06/21 | J | A | |
| 68.    - Ishares Trust Core MSCI EAFE ETF | A | Dividend | K | T | Sold (part) | 06/09/21 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/16/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 09/30/21 | J | | |
| 70. - Ishares Inc Core MSCI Emerging Mkts ETF | A | Dividend | J | T | Sold<br>(part) | 03/25/21 | J | A | |
| 71. | | | | | Sold<br>(part) | 04/19/21 | J | A | |
| 72. | | | | | Sold<br>(part) | 06/09/21 | J | A | |
| 73. | | | | | Buy<br>(add'l) | 09/30/21 | J | | |
| 74. - Ishares Core U.S. Aggregate Bond ETF | A | Dividend | K | T | Buy<br>(add'l) | 04/19/21 | J | | |
| 75. | | | | | Buy<br>(add'l) | 05/10/21 | J | | |
| 76. | | | | | Buy<br>(add'l) | 06/09/21 | J | | |
| 77. | | | | | Buy<br>(add'l) | 08/26/21 | J | | |
| 78. | | | | | Buy<br>(add'l) | 10/06/21 | J | | |
| 79. - SPDR Portfolio Intermediate Term Corporate Bond ETF | A | Dividend | K | T | Sold<br>(part) | 03/05/21 | J | A | |
| 80. | | | | | Sold<br>(part) | 05/10/21 | J | A | |
| 81. | | | | | Buy<br>(add'l) | 06/09/21 | J | | |
| 82. | | | | | Sold<br>(part) | 08/26/21 | J | A | |
| 83. - Vaneck Vectors ETF Fallen Angel High Yield Bond ETF | A | Dividend | J | T | Buy<br>(add'l) | 06/09/21 | J | | |
| 84. - Schwab Govt Money Market Fund | A | Dividend | J | T | Sold<br>(part) | 05/12/21 | J | | |
| 85. | | | | | Buy<br>(add'l) | 06/14/21 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorsuch, Neil M.** | 05/16/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | | Sold<br>(part) | 10/04/21 | J | | |
| 87. | - Ishares Core 1 5 Year USD Bond ETF | A | Dividend | J | T | Sold | 01/04/21 | J | | |
| 88. | | | | | | Buy | 08/26/21 | J | | |
| 89. | - Schwab US TIPS | A | Dividend | J | T | Buy<br>(add'l) | 06/09/21 | J | | |
| 90. | | | | | | Sold<br>(part) | 08/26/21 | J | A | |
| 91. | - Vanguard Real Estate ETF IV | A | Dividend | J | T | Sold<br>(part) | 06/09/21 | J | A | |
| 92. | | | | | | Sold<br>(part) | 08/26/21 | J | A | |
| 93. | - Vanguard Total World Stock ETF | A | Dividend | J | T | Buy | 01/04/21 | J | | |
| 94. | | | | | | Buy<br>(add'l) | 03/05/21 | J | | |
| 95. | | | | | | Buy<br>(add'l) | 03/25/21 | J | | |
| 96. | | | | | | Sold<br>(part) | 06/09/21 | J | A | |
| 97. | - Vanguard Dividend Appreciation ETF | A | Dividend | J | T | Buy | 07/08/21 | J | | |
| 98. | Brokerage Acct #2 (H) | | | | | | | | | |
| 99. | - Alabama St Pub Sch & College Auth Cap<br>5% 1/1/27 Impt Ref Bds | B | Interest | L | T | | | | | |
| 100. | - De Kalb Cnty GA Wtr & Sew Rev Wtr<br>5.25% 10/1/32 Ref Bds | B | Interest | L | T | | | | | |
| 101. | - Washington Multnomah & Yamhill Contys<br>Ore 5% 6/15/33 Sch Dist | B | Interest | L | T | | | | | |
| 102. | - Maricpoa Cnty Ariz Uni Sch Dist 48 4%<br>7/1/31 Scottsdale Ref Bds | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorsuch, Neil M.** | 05/16/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Washington St Var Purp GO Ref Bds Ser 5% 7/1/29 R-2015E | B | Interest | L | T | | | | | |
| 104. - Baltimore Cnty MD GO Cons Pub Impt Bds 4% 3/1/34 Ser 2018 | B | Interest | L | T | | | | | |
| 105. - Cecil Cnty MD Cons Pub Impt Ref Bds 5% 8/1/28 Ser 2017 | C | Interest | L | T | | | | | |
| 106. - Maryland St GO Bds State & Local FACS 5% 6/1/26 LN Ser 2016 | C | Interest | L | T | | | | | |
| 107. - Montgomery Cnty MD GO Cons Pub Impt Bds 5% 12/1/25 Ser 2016 | C | Interest | L | T | | | | | |
| 108. - Ocean City MD GO Municipal Purp Bds 4% 1/15/30 Ser 2018 | B | Interest | L | T | | | | | |
| 109. - Prince Georges Cnty MD CO Cons Pub Impt 3% 3/1/23 Ref Bds Ser 2013B | B | Interest | L | T | | | | | |
| 110. - Maryland St Dept Transn Cons 4% 11/1/27 Ser 2016 | B | Interest | K | T | | | | | |
| 111. - Annapolis MD GO Pub Impts Ref Bds Ser 4% 8/1/24 2015B | A | Interest | K | T | | | | | |
| 112. - Anne Arundel Cnty MD GO Bds Ser 2015 5% 4/1/24 | B | Interest | K | T | | | | | |
| 113. - Baltimore MD GO Cons Pub Impt Ref Bds 5% 10/15/22 Ser 2017B | C | Interest | L | T | | | | | |
| 114. - Baltimore MD Rev Bds Ser B 5% 7/1/32 | B | Interest | J | T | | | | | |
| 115. - Alief Tex Indpt Sch Dist Ult Tax Sch 4% 2/15/30 Bldg Bds Ser 2018 | B | Interest | K | T | | | | | |
| 116. - Anne Arundel Cnty MD Consolidated Gen 5% 10/1/33 Impt GO Bds Ser 20 | B | Interest | K | T | | | | | |
| 117. - Anne Arundel Cnty MD Consolidated Gen 5% 10/1/34 Wtr and Swr Bds | B | Interest | K | T | | | | | |
| 118. - University MD Sys Aux FAC 3.25% 4/1/35 Tuition Rev Bds | B | Interest | K | T | | | | | |
| 119. - Maryland St Transn Auth FACS 3.125% 7/1/35 | C | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/16/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   - USAA Tax Exempt Short Term Retail | A | Dividend | | | Buy (add'l) | 01/14/21 | J | | |
| 121. | | | | | Buy (add'l) | 02/10/21 | J | | |
| 122. | | | | | Sold | 07/29/21 | K | A | |
| 123.   - Schwab Govt Money Market Fund | A | Dividend | K | T | Sold (part) | 01/04/21 | J | | |
| 124. | | | | | Buy (add'l) | 01/05/21 | J | | |
| 125. | | | | | Sold (part) | 01/15/21 | J | | |
| 126. | | | | | Buy (add'l) | 01/19/21 | J | | |
| 127. | | | | | Buy (add'l) | 02/02/21 | J | | |
| 128. | | | | | Sold (part) | 02/11/21 | J | | |
| 129. | | | | | Buy (add'l) | 02/17/21 | J | | |
| 130. | | | | | Buy (add'l) | 03/02/21 | J | | |
| 131. | | | | | Sold (part) | 04/01/21 | J | | |
| 132. | | | | | Buy (add'l) | 04/05/21 | J | | |
| 133. | | | | | Buy (add'l) | 04/16/21 | J | | |
| 134. | | | | | Buy (add'l) | 06/02/21 | J | | |
| 135. | | | | | Buy (add'l) | 06/16/21 | J | | |
| 136. | | | | | Sold (part) | 07/01/21 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/16/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/02/21 | J | | |
| 138. | | | | | Buy (add'l) | 07/16/21 | J | | |
| 139. | | | | | Buy (add'l) | 08/02/21 | K | | |
| 140. | | | | | Buy (add'l) | 08/03/21 | J | | |
| 141. | | | | | Buy (add'l) | 08/17/21 | J | | |
| 142. | | | | | Sold (part) | 08/20/21 | K | | |
| 143. | | | | | Buy (add'l) | 09/02/21 | J | | |
| 144. | | | | | Sold (part) | 10/01/21 | J | | |
| 145. | | | | | Buy (add'l) | 10/04/21 | J | | |
| 146. | | | | | Buy (add'l) | 10/18/21 | J | | |
| 147. | | | | | Buy (add'l) | 12/02/21 | J | | |
| 148. | | | | | Buy (add'l) | 12/16/21 | J | | |
| 149. - Howard Cnty 3.25% DB UTX Due 2/15/36 | A | Interest | K | T | | | | | |
| 150. Brokerage Acct #3 (H) | | | | | | | | | |
| 151. - Schwab Muni Money Fund | A | Dividend | | | Sold | 12/15/21 | J | | |
| 152. - Charles Schwab bank account | A | Dividend | K | T | | | | | |
| 153. Brokerage Acct #4 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gorsuch, Neil M. | 05/16/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  - Charles Schwab bank account | A | Dividend | M | T | | | | | |
| 155.  - Schwab Muni Money Fund | A | Dividend | J | T | | | | | |
| 156.  Capital One 360 Savings | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This report was prepared on my behalf by my accountant.

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/16/2022 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Neil M. Gorsuch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544